ANNE M. CAPPELLA (Bar No. 181402)
(anne.cappella@weil.com)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3141
Facsimile: (650) 802-3100

Attorney for Movant
APPLE INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>Movant,<br><br>v.<br><br>GOOGLE INC.,<br><br>Respondent. | Case No. 5:13-MC-80019-LHK (PSG)<br><br>**JOINT NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AND REQUEST TO TAKE HEARING OFF CALENDAR**<br><br>[Consolidated Civil Action Case Nos. 1:10-cv-23580-RNS and 1:12-cv-20271-RNS U.S.D.C. S.D. FL.]<br><br>Hearing: March 19, 2013<br><br>Time: 10:00AM<br><br>Courtroom: 5, 4th Floor |

Pursuant to Civil L.R. 7-7(e), Apple hereby withdraws its MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA, filed on January 28, 2013, and currently set for a hearing at 10:00am on March 19th, 2013, before the Honorable Paul S. Grewal. Apple and Google hereby jointly request that this hearing be taken off calendar on the basis of Apple's withdrawal of its motion. Apple and Google reserve their rights regarding any future motions.

Dated: March 15, 2013

/s/ *Anne M. Cappella*
Anne M. Cappella

*Attorney for Movant* APPLE, INC.

*/s/ Matthew S. Warren*

Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 91111-4788
(415) 875-6600
(415) 875-6700 facsimile

*Attorneys for Google Inc.*

I, Anne M. Cappella, hereby attest that I have received concurrence in the filing of this document from the above signatory.

Dated: March 15, 2013

/s/ *Anne Cappella*
Anne Cappella
*Attorney for Movant* APPLE, INC.